UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
**CATHY L. WALDOR**
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.
ROOM 4040
NEWARK, NJ 07101
973-776-7862

## LETTER ORDER

March 31, 2022

*To pro se Defendant and all counsel via ECF*

**Re:** **Siwell, Inc. v. Volosevich, et al.**
**Civil Action No. 2:21-13852 (JXN) (CLW)**

Litigants:

This will address Plaintiff's motion to extend its deadline for effectuating service on Defendant Joseph James Real Estate. (ECF No. 23). In accordance with Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1, the Court resolves Plaintiff's application without oral argument. Upon careful consideration of Plaintiff's submission, as well as the balance of the record for this matter, and there being no opposition, and for good cause shown, Plaintiff's motion is **GRANTED**. Plaintiff's deadline to effectuate service on Defendant Joseph James Real Estate is extended through and including **April 29, 2022**.

s/Cathy L. Waldor
**Cathy L. Waldor**
**United States Magistrate Judge**

cc:   Hon. Julien X. Neals, U.S.D.J.