Shauna Deluca, Esq. (260772018)
**HASBANI & LIGHT, P.C.**
450 Seventh Avenue, Suite 1408
New York, New York 10123
Tel: (212) 643-6677
sdeluca@hasbanilight.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SIWELL, INC. D/B/A CAPITAL MORTGAGE SERVICES OF TEXAS,<br><br>       Plaintiff,<br>-against-<br><br>ALEXEI VOLOSEVICH; TAMMY SEWELL; JOSEPH JAMES REAL ESTATE; FOUNDATION REAL ESTATE AND CLEAR SKIES TITLE AGENCY LLC,<br><br>       Defendants. | Docket No: 2:21-cv-13852-JXN-CLW<br><br>**NOTICE OF APPEARANCE** |

**To: The Clerk of Court and all parties of record**

   **PLEASE TAKE NOTICE**, that Plaintiff SIWELL, INC. D/B/A CAPITAL MORTGAGE SERVICES OF TEXAS, has retained the undersigned as counsel and demands that you serve all papers in the action upon the undersigned at the address state below.

Dated: New York, New York
    June 27, 2022

                   */s/ Shauna Deluca*
                 BY: Shauna Deluca, Esq.
                 **HASBANI & LIGHT, P.C.**
                 450 Seventh Avenue, Suite 1408
                 New York, New York 10123
                 Tel: (212) 643-6677
                 sdeluca@hasbanilight.com