**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHY L. WALDOR**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 4040**<br>**NEWARK, NJ 07101**<br>**973-776-7862** |

**LETTER ORDER**

June 30, 2022

*All counsel of record via ECF*

**Re:**  **Siwell, Inc. v. Volosevich, et al.**
       **Civil Action No. 2:21-13852 (JXN) (CLW)**

Counsel:

On June 16, 2022, Plaintiff's counsel filed a motion for leave to withdraw from this case, citing their continuing inability to contact Plaintiff despite multiple attempts. (*See generally* Motion to Withdraw, ECF No. 38). That motion was thereafter assigned to the Court's July 18, 2022 motion day. By Order dated June 27, 2022, the Court converted its existing July 11, 2022 telephone conference into a Zoom hearing on counsel's motion for leave to withdraw. (ECF No. 41).

In light of the need to provide Plaintiff's representatives with ample notice of counsel's motion and the Zoom hearing, and to clarify the parties' briefing deadlines with respect to that application, the Court hereby sets the following schedule:

1. Plaintiff's counsel shall immediately provide their client representative with copies of this order and (to the extent they have not already done so) their motion for leave to withdraw at the client's last known address. Counsel shall thereafter promptly file a Certification of Service describing their efforts; and

2. Plaintiff shall file any response to counsel's application on or before **July 22, 2022**; and

3. Plaintiff's counsel may file any reply submission on or before **August 4, 2022**; and

4. The Zoom conference previously scheduled for July 11, 2022 is adjourned to **August 18, 2022 at 1:00 p.m.** Plaintiff's representative is required to attend. The Court will distribute connection information to all counsel of record on the day of the hearing. Plaintiff's representative(s) should call Chambers (973-776-7862) to obtain that connection information.

**IT IS SO ORDERED**.

s/Cathy L. Waldor
**Hon. Cathy L. Waldor**
**United States Magistrate Judge**

cc: Hon. Julien X. Neals, U.S.D.J.