

Shauna M. Deluca, Esq.
450 Seventh Ave, Suite 1408
New York, New York 10123
T. 212.643.6677
F. 347.491.4048
E. sdeluca@hasbanilight.com

August 4, 2022

**VIA EMAIL CM/ECF**
Magistrate Judge Cathy L. Waldor
United States District Court
District of New Jersey
50 Walnut Street
Courtroom 4D
Newark, New Jersey 07102

      **RE:**   *Siwell, Inc. d/b/a Capital Mortgage Services of Texas v. Alexei Volosevich, Tammy Sewell, et al.*
            **Case No.: 2:21-cv-13852-JXN-CLW**
            **Letter Request to Withdraw Plaintiff's Counsel's Motion to Withdraw as Attorney**

Dear Judge Waldor,

      We represent the Plaintiff, Siwell, Inc., d/b/a Capital Mortgage Services of Texas ("Capital Mortgage" or "Plaintiff") in the above-referenced matter. We write to request withdrawal of the Motion to Withdraw as Counsel (the "Motion to Withdraw") filed by our office on June 16, 2022 at Docket Entry No. 38. A Zoom Conference on the Motion to Withdraw is currently scheduled to take place before Your Honor on August 18, 2022 at 1:00 P.M.

      Our office filed the Motion to Withdraw as we had extreme difficulty contacting a representative from Capital Mortgage to communicate and effectively prosecute this matter on their behalf. On July 19, 2022, our office received an e-mail from corporate counsel for Capital Mortgage advising that Capital Mortgage no longer wishes to pursue this action, and requesting we voluntarily dismiss same. In conjunction with filing this letter request, our office will be filing two (2) Stipulations of Dismissal, signed by both answering and/or appearing defendants, Clear Skies Title Agency, LLC and Alexei Volosevich, who have agreed to voluntarily dismiss this action pursuant to F.R.C.P. 41(a)(1)(A)(ii). Additionally, our office will concurrently be filing a Notice of Voluntary Dismissal pursuant to F.R.C.P. 41(a)(1)(A)(i) as to the remaining non-answering/non-appearing defendants. Following such, the pending Motion to Withdraw will be deemed moot.

*SPACE INTENTIONALLY LEFT BLANK*

      For the foregoing reasons, we respectfully request the Motion to Withdraw be withdrawn. We thank the Court in advance for its time and consideration.

                Respectfully,

                */s/ Shauna Deluca*
                Attorney for Plaintiff
                Email: sdeluca@hasbanilight.com